WRIGHT, FINLAY & ZAK, LLP
Kathy Shakibi, Esq., SBN 237182
4665 MacArthur Court, Suite 200
Newport Beach, CA 92660
Tel: (949) 477-5050
Email: kshakibi@wrightlegal.net

Attorneys for Defendant,
Secured Income Fund-II, LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND COURTHOUSE**

JOHN D. KAUFMAN, an individual;

Plaintiff,

v.

STONECREST MANAGERS, INC., a California corporation; KIWI & CO., d/b/a STONECREST FINANCIAL, a California corporation; SECURED INCOME FUND-II, LLC, a California limited liability company; ROCK SOLID FINANCIAL a/b/a MORGAN STRAUSS CAPITAL, a California corporation; LOUIS M. COSTANZO, an individual; PLM LENDER SERVICES, INC., a California corporation; PLM LOAN MANAGEMENT SERVICES, INC. a California corporation, inclusive,

Defendants.

**Case No.:** 4:26-CV-10947-HSG

*Assigned to Hon. Haywood S. Gilliam, Jr.*

**ORDER ON SECURED INCOME FUND-II, LLC'S REQUEST TO APPEAR REMOTELY**

Hearing:
Date: October 8, 2026
Time: 10:00 a.m.
Crtrm: 2

Complaint filed: 9-25-2026

This Court having considered Secured Income Fund-II, LLC's request to appear remotely at the Order to Show Cause hearing re: Preliminary Injunction on October 8, 2026, at 10:00 a.m., in Courtroom 2 of the above-referenced Court, located at 1301 Clay Street, Oakland, CA 94612, and all other records on file, and for good cause shown orders as follows:

- Defendant, Secured Income Fund-II, LLC's request to appear remotely at the Order to Show Cause hearing re: Preliminary Injunction on October 8, 2026, at 10:00 a.m., is ______________________________.
- Counsel for Secured Income Fund-II, LLC, may appear at the October 8, 2026 hearing via Zoom or telephonic appearance.

**IT IS SO ORDERED.**

Dated: 10/1/2026




Hon[...]m, Jr.
Judg[...]ct Court